1  Robert J. Itri (Bar No. 10938)
Charles E. Runyan (Bar No. 019277)
2  GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
3  Phoenix, Arizona 85016-9225
Telephone:    (602) 530-8000
4  Facsimile:    (602) 530-8500
Email:        rji@gknet.com
5             Chuck.runyan@gknet.com

6  *Attorneys for Plaintiff I Cloud Communications, LLC*

7                **UNITED STATES DISTRICT COURT**

8                    **DISTRICT OF ARIZONA**

9  I Cloud Communications, LLC, an Arizona     **NO. 2:11-cv-01158-DGC**
Limited Liability Company,
10                                             **NOTICE OF VOLUNTARY
                 Plaintiff,                    DISMISSAL WITH PREJUDICE**
11
v.
12
Apple, Inc., a California Corporation,
13
                 Defendant.
14

15         PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal

16  Rules of Civil Procedure, Plaintiff I Cloud Communications, LLC dismisses its claims

17  against Defendant Apple Inc., with prejudice and without costs or attorneys' fees to either

18  party.

19         DATED this 1st day of September, 2011.

20                                       GALLAGHER & KENNEDY, P.A.

21

22                                   By */s/Robert J. Itri*
                                        Robert J. Itri
23                                      Charles E. Runyan
                                        2575 East Camelback Road
24                                      Phoenix, Arizona 85016-9225
                                        *Attorneys for Plaintiff I Cloud
25                                      Communications, LLC*

26

2849537

GALLAGHER & KENNEDY, P.A.
2575 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016-9225
(602) 530-8000